UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

MATTHEW D. BOOKER,

                        Plaintiff,

    -v-                                    9:11-CV-247
                                           (DNH/GHL)

D. ROCK, Superintendent of Upstate
Correctional Facility, and MR. MARENELLI,
Psychologist, Upstate Correctional Facility,

                        Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:                                  OF COUNSEL:

MATTHEW BOOKER, 09-A-5397
Plaintiff pro se
Elmira Correctional Facility
P.O. Box 500
Elmira, NY 14902

HON. ERIC T. SCHNEIDERMAN           ADELE M. TAYLOR-SCOTT
Attorney General for the State of New York    Ass't Attorney General
Attorney for Defendant
The Capitol
Albany, NY 12224

DAVID N. HURD
United States District Judge

## DECISION and ORDER

       Plaintiff brought this civil rights action pursuant to 42 U.S.C. § 1983.  On January

31, 2011, the Honorable George H. Lowe, United States Magistrate Judge, advised, by

Report-Recommendation, that defendants' motion to dismiss for failure to state a claim

pursuant to Federal Rule of Civil Procedure 12(b)(6) be granted in part and denied in part. Defendants timely filed objections to the Report-Recommendation.

Based upon a de novo review, the Report-Recommendation is accepted in whole. See 28 U.S.C. 636(b)(1).

Therefore it is

ORDERED that

1. Defendants' motion to dismiss for failure to state a claim, Dkt. No. 17, is GRANTED in part and DENIED in part;

2. Plaintiff's claims against defendant Rock are DISMISSED, with leave to amend;

3. Plaintiff's claims against DOCCS are DISMISSED, with prejudice; and

4. Defendant Marenelli is directed to answer the Eighth Amendment claim.

IT IS SO ORDERED.

United States District Judge

Dated: February 13, 2012
       Utica, New York.